# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| RIKI O'HAILPIN, NINA ARIZUMI, ROBERT ESPINOSA, ERWIN YOUNG, PUANANI BADIANG, SABRINA FRANKS, and RONALD LUM, on their own behalf and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>V.<br><br>HAWAIIAN AIRLINES, INC. and HAWAIIAN HOLDINGS, INC.<br><br>Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 22-00007 JAO-KJM<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>March 18, 2022<br><br>At 4 o'clock and 25 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice, pursuant to the "Order (1) Denying Plaintiffs' Motion for Stay of District Court Proceedings Pending Interlocutory Appeal and (2) Granting Defendants' Motion to Dismiss", ECF No. 57, filed on March 18, 2022. Dismissal is without prejudice to refiling a new action once administrative remedies are exhausted.

| | |
|---|---|
| March 18, 2022 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |